UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

ALLEN D. DANIEL,

        Plaintiff,                    Case No. 1:08-cv-757

v.                                                Honorable Paul L. Maloney

KENNETH McKEE et al.,

        Defendants.
_____/

## ORDER OF DISMISSAL

This is a civil rights action brought by a state prisoner pursuant to 42 U.S.C. § 1983. Plaintiff brings his action against twenty-one Defendants, including employees of the Michigan Department of Corrections, Civil Service Commission Director James Farrell, Attorney General Mike Cox and Governor Jennifer Granholm. His complaint is composed of twenty pages of rambling, vague, unrelated and often incoherent allegations against the named Defendants. Rule 8(a) of the Federal Rules of Civil Procedure requires all complaints to set forth a short and plain statement of the district court's jurisdiction, as well as a short and plain statement of the facts upon which the pleader relies for entitlement to relief. Plaintiff's complaint does not comply with the requirements of Rule 8. Notwithstanding the liberal pleading standard afforded to *pro se* litigants, *see Haines v. Kerner*, 404 U.S. 519, 520 (1972), Plaintiff's complaint cannot be adjudicated in its current form. Therefore, the complaint is DISMISSED WITHOUT PREJUDICE.

Dated: August 28, 2008                        /s/ Paul L. Maloney
                                                      Paul L. Maloney
                                                      Chief United States District Judge